IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MACKIN ENGINEERING COMPANY,

      Plaintiff,                                  10cv1041

                                                 **ELECTRONICALLY FILED**

   v.

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., AMERICAN
EXPRESS BANK, FSB,

      Defendants.

## ORDER OF COURT

And now, this 12th day of October, for the reasons set forth in the foregoing Memorandum Opinion, it is hereby ORDERED that:

(1)     Defendants motion to dismiss (doc. no. 4) is GRANTED.

(2)     Judgment is hereby entered in favor of defendants and against plaintiff.

(3)     The Clerk of Court shall mark the docket closed.

                                            SO ORDERED this 12th day of October, 2010.

                                            s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge